PER CURIAM.
Affirmed. See Teal v. State, 862 So.2d 871 (Fla. 2d DCA 2003), review granted, 898 So.2d 81 (Fla.2005); McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); Middleton v. State, 721 So.2d 792 (Fla. 3d DCA 1998).
As this court did in Teal and McCall, we certify direct conflict with Richardson v. State, 884 So.2d 950 (Fla. 4th DCA 2003), review granted, 898 So.2d 81 (Fla.2005).
Affirmed; conflict certified.
WHATLEY, SALCINES, and STRINGER, JJ., concur.